IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FRANK JONES, # 118930,            )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CASE NO. 2:09-cv-577-ID
                                  )              [WO]
                                  )
WILLIE THOMAS, *et al.*,          )
                                  )
        Defendants.               )

## ORDER

The Magistrate Judge entered a Recommendation (Doc. No. 6) in this case to which

no timely objections have been filed.  Upon an independent review of the file in this case

and upon CONSIDERATION of the Recommendation of the Magistrate Judge, said

Recommendation is hereby adopted.  It is further ORDERED as follows:

1.    Plaintiff's claims against the Alabama Department of Corrections are
      DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

2.    The Alabama Department of Corrections is DISMISSED as a defendant in
      this cause of action; and

3.    This case, with respect to the allegations set forth against the remaining
      defendants, be referred back to the Magistrate Judge for appropriate
      proceedings.

Done this 7th day of August, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE