IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANK JONES, #118930, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-CV-577-WKW |
| ) | |
| ) | |
| WILLIE THOMAS, ) | |
| SUSAN CLEMONS, and PRINCE ) | |
| LEWIS ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On September 6, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 30) in this case. No timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is ORDERED that:

1. The Recommendation (Doc. # 30) of the Magistrate Judge is ADOPTED;

2. Defendants' motion for summary judgment (Doc. # 15) is GRANTED;

3. Judgment is GRANTED in favor of Defendants; and

4. This case is dismissed with prejudice.

A separate judgment shall issue.

DONE this 25th day of September, 2012.

                                                /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE